# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JOSHUA P. BRAITHWAITE,**

    Plaintiff,

v.                                                                   Case No. 18-CV-1507

**LACEE SMELCER,** *et al.***,**

    Defendants.

## ORDER

At the court's request, Sean Bukowski of the law firm Nash, Spindler, Grimstad & McCracken LLP has agreed to represent plaintiff Joshua Braithwaite. Before the court will finalize the representation, Braithwaite must agree to the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases from the District Court Pro Bono Fund. The court will provide Braithwaite with a copy of the regulations. Under Paragraph A.1, Mr. Bukowski's representation will take effect only after Braithwaite signs and returns the enclosed form stating his agreement to be bound by the regulations.

**IT IS THEREFORE ORDERED** that, on or before **October 4, 2019**, Braithwaite must sign and return the enclosed Agreement to Reimburse the Pro Bono Fund if he wishes to proceed with a lawyer in this case.

The court will mail Braithwaite a copy of the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases. The court also will

mail a copy of this order to Sean Bukowski of the law firm Nash, Spindler, Grimstad & McCracken LLP, 1425 Memorial Drive, Manitowoc, Wisconsin, 54220.

Dated at Milwaukee, Wisconsin this 9th day of September, 2019.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge